Certificate Number: 15317-OHN-DE-030729923

Bankruptcy Case Number: 18-11323


15317-OHN-DE-030729923

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 16, 2018</u>, at <u>10:42</u> o'clock <u>AM PDT</u>, <u>Cathy J Hrinda</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Ohio</u>.

Date: <u>March 16, 2018</u>   By: <u>/s/Jane Alba</u>

Name: <u>Jane Alba</u>

Title: <u>Counselor</u>